IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 07 C 3041 |
| FOUR SEASONS HEATING & COOLING, INC., an Illinois corporation, | ) ) ) | JUDGE WAYNE R. ANDERSEN |
| Defendant. | ) ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, FOUR SEASONS HEATING & COOLING, INC., an Illinois corporation, in the total amount of $345,278.61, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,070.00.

On June 21, 2007, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Lisa) at her place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 11, 2007. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default judgment.

/s/   Beverly P. Alfon

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 19th day of July 2007:

                Ms. Dawn J. Franco, Registered Agent
                Four Seasons Heating & Cooling, Inc.
                56 East End Drive
                Gilberts, IL   60136

                              /s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\Four Seasons\#19943\motion for default judgment.bpa.df.wpd